CHARLES W. COOKE, an Infant, by Guardian, etc., Appellant,
v. THE LALANCE AND GROSJEAN MANUFACTURING COMPANY,
Respondent.

(Argued December 6, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made May 14, 1889, which affirmed a judgment in favor
of defendant entered upon a decision of the court on trial at
circuit.

*Charles J. Patterson* for appellant.

*Samuel D. Morris* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Judicial Settlement of the Accounts of
ENOS G. LANEY, as Administrator, etc.

(Argued December 10, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday of June, 1888, which modified and
affirmed as modified a decree of the surrogate of Monroe county,
upon the accounting of Enos G. Laney, as one of the admin-
istrators of James Laney, deceased.

*Quincy Van Voorhis* and *Frank M. Goff* for appellants.

*Theodore Bacon* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.